Judgment affirmed, without costs; first and second questions certified answered in the affirmative, third question in the negative; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND and McLAUGHLIN, JJ. Not voting: CRANE, J. Absent: ANDREWS, J.

---

THE MERCHANTS NATIONAL BANK OF WORCESTER, MASSACHUSETTS, Appellant, v. GEORGE B. LONG et al., Defendants, CITY OF BUFFALO et al., Respondents, and LONDON GUARANTEE AND ACCIDENT COMPANY, LTD., Appellant.

*Buffalo (city of) — validity and priority of claims to moneys due on contract for public improvement.*

*Merchants Nat. Bank of Worcester, Mass.,* v. *Long,* 204 App. Div. 856, affirmed.

(Argued May 3, 1923; decided May 29, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 27, 1922, unanimously affirming a judgment in favor of defendants, respondents, entered upon a decision of the court on trial at Special Term. The action was brought to determine the validity and priority of various claims made by the different parties to moneys of the city of Buffalo applicable to the payment of the contract price for the construction of the public improvement known as the city hospital. Plaintiff claimed the moneys by assignment from the contractor, defendant Long. The defendant city of Buffalo answered that it had paid the moneys to the defendant United States Fidelity and Guaranty Company. The defendant United States Fidelity and Guaranty Company answered that it was surety on the contract bond of Long, that it held his assignment of the contract moneys, that upon his default it completed his contract and paid out in so doing and on claims of persons who had furnished him materials, and for which claims it was liable under its bond, moneys in excess of those

received from the city. The defendant London Guarantee and Accident Company claimed part of the moneys by virtue of a warrant of attachment against Long. The trial court awarded the entire fund to the defendant United States Fidelity and Guaranty Company.

*Thomas C. Burke* for plaintiff, appellant.

*George H. Kennedy* for defendant, appellant.

*George P. Keating* for United States Fidelity and Guaranty Company, respondent.

*William S. Rann, Corporation Counsel,* for city of Buffalo, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.

---

HERBERT S. JANES, Appellant, *v.* LAUREL RIVER LOGGING COMPANY, Respondent.

*Contract — commissions — evidence — action to recover commissions to be paid on " gross selling price " of timber — when evidence as to estimate of amount of timber on land incompetent.*

*Janes* v. *Laurel River Logging Co.,* 204 App. Div. 889, affirmed.
(Argued May 4, 1923; decided May 29, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 20, 1922, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial. The action was to recover commissions for obtaining a purchaser for certain standing timber belonging to defendant under a contract whereby he was to receive as such commission " 3½% of the gross selling price." The contract of sale fixed the selling price per thousand feet of each of the various kinds and qualities to be paid for by the purchaser as and when cut over a period of years. Plaintiff was permitted to introduce testimony estimating the amount of timber on the property and on the evidence the jury returned a verdict in his favor. The Appellate Division reversed the judgment entered